# EXHIBIT A

## Weekly Accident and Sickness Benefits

back to top

If you become temporarily disabled as a result of a non-work related injury or illness and cannot work, you may be eligible for a Weekly Accident and Sickness Benefit of up to $500 per week and a credit of 25 hours per week towards benefits for up to 26 weeks. A W-2 will be issued for any money received from this benefit.

### What You Need To Do

- If you become disabled, you must call the Fund Office within six weeks from the date of your disability for the proper paperwork which includes:
  - an Accident and Sickness Claim Form,
  - an Attending Physician's Report (APR),
  - the Authorization to Release Information and Reimbursement Agreement,
  - Form W-4S (tax form), and
  - a self-addressed envelope.
- Fill out the Accident and Sickness Claim form;
- Ask your attending physician(s) to complete a statement of evidence of your disability (APR). **A faxed copy will not be acceptable.**
- Read and complete the Authorization to Release Information form;
- Read and complete the Reimbursement Agreement. Be sure to choose the box that best describes your situation;

  You must sign this form and have it notarized.

- Complete and sign form W-4S:
  - If you want Federal and Rhode Island income tax withheld, the minimum Federal amount to be withheld is $20 and all withholding must be in whole dollars, no cents.
  - If you do not want Federal and Rhode Island income taxes withheld from the benefit payments indicate "NONE" in the amount to be withheld box.
- Mail all of the completed information to the Fund Office in the envelope provided.
- The Fund Office will mail your employer a "13-Week Form" to determine your gross weekly pay during the 13 weeks immediately before your covered incident. Your benefit will be 75% of the average or $500, whichever is less.

**Note: All of this information must be completed and returned to the Fund Office *within six weeks of the date they were sent to you* for a claim to be processed. (There is an expiration date on the claim forms.)**

### Eligibility

To qualify for Weekly Accident and Sickness Benefits, you must:

- Be covered for Level I medical benefits;
- Work at least one hour of covered employment after the effective date of your Level I coverage;

- Be unable to perform work for at least 8 days due to an illness, non-work related injury or accident;
- Not be receiving a pension. As of the date of your retirement, you are no longer eligible for this benefit;
- Not be collecting unemployment benefits;
- At any time you request the WA&S forms, you may be required to see the Fund's doctor;
- Submit all of the completed forms to the Fund Office **within six weeks** of the date they were sent to you. The expiration date appears on the Accident and Sickness Claim Forms;
- Return to work one day before you can be entitled to another claim on Weekly accident and sickness benefits claim.
- There is a maximum benefit of 26 weeks in a twelve month period.

**How Benefits Are Paid**

***You will need to apply for TDI, and submit your approval or denial to the Fund Office before any benefits will be paid. You can apply for TDI by calling (401) 462-8420.***

The Weekly Accident and Sickness Benefit, is designed to provide income, temporary disability insurance (TDI) or supplement any short-term disability income you may receive from another source, such as TDI. The maximum weekly disability income you can receive from both sources combined is $500 or 75% of your weekly earnings, whichever is less. The 75% is calculated based on your average 13 week gross pay immediately before your covered incident.

*For example, Jason earns $800 per week. Through TDI, he receives a weekly short-term disability benefit of $250. If he applies for a disability benefit through this Plan, the maximum weekly benefit he could receive is $250 so that the total benefit he receives from both sources is $500 per week.*

*However, Brian earns $600 per week. Through TDI he also receives a weekly short-term disability benefit of $250. If he applies for a disability benefit through this Plan, the maximum amount he could receive is $450 per week, because $450 is 75% of his regular weekly earnings. Through this Plan he would be eligible to receive a weekly benefit of $200*

***Maximum Weekly Benefit***

***If you do not have other disability income, the Fund's benefit provides up to $500 per week or 75% of your weekly earnings, whichever is less, and contribution credit of 25 hours per week for up to 26 weeks.***

**Receiving Your Benefit**

Your weekly benefit payments will begin on the eighth day of your disability and will continue as long as you are disabled, up to 26 weeks. You will receive a benefit for the first seven days of your disability after you have been out on disability for a full 30 days.

You will receive 25 hours per week credit toward your ongoing eligibility requirements, after your employer has met their obligation, for a maximum of 26 weeks. **No pension contributions will be made on your behalf for Weekly Accident and Sickness benefits.**

If you retire, your Weekly Accident and Sickness benefits end as of your retirement date.

Please notify the Fund Office as soon as possible of your retirement date.

*Notify the Fund Office immediately when:*

*You recover from your disability;*
*You return to work;*
*There is a change in the amount of benefits you receive from other sources.*
*You retire*

Disabilities that result from a work-related illness or injury are not covered. In addition, any period of disability that exists at the same time as a work-related illness or injury is not covered. If you have applied and been denied by Workers' Compensation, upon proof of your denial, you may apply for this benefit subject to the reimbursement agreement.

If you have received a settlement, for your disability claim, you will be required to reimburse the Fund Office for any and all of the Weekly Accident and Sickness benefit that you received based on the reimbursement agreement.