**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| STUART MUNDY, JOSEPH BAIROS, PAUL FRADIN, BARRY GOLDEN, BRIAN CARROLL, KEVIN REDDY, ANTONIO CARDI, and JOHN NOVAK in their official capacities as Trustees of the Teamsters Local 251 Health Services and Insurance Fund , Plaintiffs, | : | |
| v. | : | C.A. No. 05-463ML |
| DAVID MENDES and LAW OFFICES OF BRIAN CUNHA & ASSOCIATES, Defendants. | : | |

**PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

Pursuant to Fed. R. Civ. P. 65, Plaintiffs move the Court to issue a Temporary Restraining Order and a Preliminary Injunction against Defendants David Mendes and Law Offices of Brian Cunha & Associates enjoining them from disposing of proceeds recovered as a result of Mendes's July 21, 2002 accident in an amount in excess of Plaintiffs' reimbursement interest of $13,000. Plaintiffs are also entitled to a statutory injunction under 29 U.S.C. § 1132(a)(3)(A). Plaintiffs request that, after notice and a hearing on this matter, this Court issue a preliminary injunction enjoining Defendants from dissipating the disputed funds.

Pursuant to the terms of the ERISA-covered Plan and the Reimbursement Agreement, Plaintiffs are entitled to full reimbursement. This Court should enter an order requiring Defendants to preserve, to the extent of Plaintiffs' claim, any portion of the disputed funds remaining in bank accounts controlled by either Defendant until a final determine is entered by this Court. Plaintiffs request that the Court grant Plaintiffs'

Motion for a Temporary Restraining Order and, upon notice and a hearing, a Preliminary Injunction. A memorandum of law has been filed contemporaneously with this motion.

Date: November 3, 2005

Respectfully submitted,

On behalf of Plaintiffs,
By their attorneys,

Elizabeth Wiens, Esq. (#6827)
Marc Gursky, Esq. (#2818)
GURSKY LAW ASSOCIATES
420 Scrabbletown Rd., Ste. C
North Kingstown, RI 02852
Tel.(401) 294-4700
Fax (401) 294-4702

CERTIFICATION

I hereby certify that I caused a copy of the foregoing to be sent first-class mail, postage prepaid on this 3rd day of November, 2005, to the following party of record:

Karen A. Alegria, Esq.
Law Offices of Brian Cunha & Associates
311 Pine Street
Fall River, MA 02720

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| STUART MUNDY, JOSEPH BAIROS, PAUL FRADIN, BARRY GOLDEN, BRIAN CARROLL, KEVIN REDDY, ANTONIO CARDI, and JOHN NOVAK in their official capacities as Trustees of the Teamsters Local 251 Health Services and Insurance Fund, Plaintiffs, | : | |
| v. | : | C.A. No. 05-463ML |
| DAVID MENDES and LAW OFFICES OF BRIAN CUNHA & ASSOCIATES, Defendants. | : | |

**MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

Plaintiffs submit this memorandum in support of its motion for a temporary restraining order and, upon notice and hearing, a preliminary injunction.

Defendant David Mendes is a "covered person" under the terms of the Teamsters Local 251 Health Services and Insurance Plan ("Plan"). *See* Verified Complaint ¶ 4. The Plan is covered by the Employee Retirement Income Security Act of 1974, 29 U.S.C. § 1001, *et. seq.* ("ERISA"). *Id.* at ¶ 2. Teamsters Local 251 Health Services and Insurance Fund ("Fund") paid $13,000 in accident and sickness benefits to Defendant Mendes because of injuries he sustained in a motor vehicle accident ("Accident") on July 21, 2002. *Id.* at ¶ 12, 16. Mendes retained Defendant Law Offices of Brian Cunha & Associates to recover from the parties who caused his injuries in the Accident. *Id.* at ¶ 17. In or about April, 2005, an arbitrator awarded Mendes damages in the amount of $29,000 ("proceeds") as compensation for the injuries suffered as a result of the Accident. *Id.* at ¶ 18. Defendant Law Firm is currently holding the proceeds in a client

trust account. *Id.* at ¶ 20.

The Plan contains a provision which requires Mendes to reimburse the Fund, to the extent of accident and sickness benefits paid, when he makes a recovery from other parties. *Id.* at ¶ 9-11. Mendes also signed a Reimbursement Agreement with the Fund which requires him to reimburse the Fund as aforesaid. *Id.* at ¶ 13-15. Plaintiffs have requested that Defendants abide by the terms of the Plan, but they have refused to do so. *Id.* at ¶ 19, 20, 22. Defendants' failure to reimburse the Fund has put the proceeds at imminent risk of being placed beyond the Court's ERISA jurisdiction. *Id.* at ¶ 26.

Plaintiffs seek a temporary restraining order and a preliminary injunction against Defendants pursuant to Fed. R. Civ. P. 65, requiring Defendants to preserve the proceeds, which will maintain the status quo until this Court can determine the rights and obligations of the parties. Said restraining order will prevent Defendants from placing the disputed funds beyond the reach of the Court, thereby potentially preventing imposition of an equitable remedy, the only type of remedy available to Plaintiffs under ERISA. See 29 U.S.C. § 1132(a)(3); Great-West v. Knudson, 122 S. Ct. 708 (2002).

Plaintiffs have a substantial likelihood of success on the merits. Pursuant to the terms of the Plan and the Supreme Court's decision in Knudson, Plaintiffs are entitled to full reimbursement from Defendants to the extent of benefits paid by the Fund.

Further, Plaintiffs will suffer irreparable harm without issuance of a restraining order and, upon notice and hearing, a preliminary injunction, if Defendants are able to deplete the funds before this Court can impose a final equitable remedy under 29 U.S.C. § 1132(a)(3). An order enjoining Defendants from dissipating the proceeds is therefore necessary and appropriate.

Respectfully submitted,

On behalf of Plaintiffs,
By their attorneys,

Elizabeth Wiens, Esq. (#6827)
Marc Gursky, Esq. (#2818)
GURSKY LAW ASSOCIATES
420 Scrabbletown Rd., Ste. C
North Kingstown, RI 02852
Tel.(401) 294-4700
Fax (401) 294-4702

CERTIFICATION

I hereby certify that I caused a copy of the foregoing to be sent first-class mail, postage prepaid on this 7th day of November, 2005, to the following party of record:

Karen A. Alegria, Esq.
Law Offices of Brian Cunha & Associates
311 Pine Street
Fall River, MA 02720