UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| STUART MUNDY, JOSEPH BAIROS, PAUL FRADIN, BARRY GOLDEN, BRIAN CARROLL, KEVIN REDDY, ANTONIO CARDI, and JOHN NOVAK in their official capacities as Trustees of the Teamsters Local 251 Health Services and Insurance Fund, Plaintiffs, | : | |
| v. | : | C.A. No. 05-463ML |
| DAVID MENDES and LAW OFFICES OF BRIAN CUNHA & ASSOCIATES, Defendants. | : | |

**ORDER GRANTING STIPULATION TO PRESERVE FUNDS AND WITHDRAW MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

Pursuant to the agreement of the parties as acknowledged by their signatures below, the Court order:

1. Defendants David Mendes and Law Offices of Brain Cunha & Associates shall preserve $13,000 of the funds received because of injuries sustained on or about July 21, 2002, which are currently held by Law Offices of Brian Cunha & Associates in an escrow account, (and must keep the funds in that escrow account) until the Court rules on the merits of this case and all appeals, if any, are exhausted; and

2. Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction are withdrawn as moot.

SO ORDERED, On November __, 2005

J. Mary Lisi 11/10/05
United States District Judge

By: ____________
Elizabeth Wiens, Esq.
Gursky Law Associates
420 Scrabbletown Rd, Ste. C
North Kingstown, RI 02852
Telephone: (401)294-4700
Facsimile: (401)294-4702

ATTORNEY FOR PLAINTIFFS

By: ____________
Karen A. Alegria, Esq.
Law Offices of Brian Cunha & Associates
311 Pine Street
Fall River, MA 02720
Telephone: (508)675-9500
Facsimile: (508)679-6360

ATTORNEY FOR DEFENDANTS