**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| STUART MUNDY, JOSEPH BAIROS, PAUL FRADIN, BARRY GOLDEN, BRIAN CARROLL, KEVIN REDDY, ANTONIO CARDI and JOHN NOVAK in their official capacities as Trustees of the Teamsters Local 251 Health Services and Insurance Fund, *Plaintiffs,* | : | C.A. No. 05-463ML |
| vs. | : | |
| DAVID MENDES and LAW OFFICES OF BRIAN CUNHA & ASSOCIATES, *Defendants,* | : | |

**ANSWER TO VERIFIED COMPLAINT**

1. Defendants are without sufficient information to admit or deny the allegations contained in Paragraph 1 of Plaintiffs' Complaint.

2. Defendants are without sufficient information to admit or deny the allegations contained in Paragraph 2 of Plaintiffs' Complaint.

3. Defendants are without sufficient information to admit or deny the allegations contained in Paragraph 3 of Plaintiffs' Complaint.

4. Defendants are without sufficient information to admit or deny the allegations contained in Paragraph 4 of Plaintiffs' Complaint.

5. Defendants admit the allegations contained in Paragraph 5 of Plaintiffs' Complaint.

6. Defendants admit the allegations contained in Paragraph 6 of Plaintiffs' Complaint.

7. Defendants admit the allegations contained in Paragraph 7 of Plaintiffs' Complaint.

8. Defendants are without sufficient information to admit or deny the allegations contained in Paragraph of Plaintiffs' Complaint.

9. Defendants are without sufficient information to admit or deny the allegations contained in Paragraph 9 of Plaintiffs' Complaint.

10. Defendants are without sufficient information to admit or deny the allegations contained in Paragraph 10 of Plaintiffs' Complaint.

11. Defendants are without sufficient information to admit or deny the allegations contained in Paragraph 11 of Plaintiffs' Complaint.

12. Defendants admit the allegations contained in Paragraph 12 of Plaintiffs' Complaint.

13. Defendants admit the allegations contained in Paragraph 13 of Plaintiffs' Complaint.

14. Defendants admit the allegations contained in Paragraph 14 of Plaintiffs' Complaint.

15. Defendants admit the allegations contained in Paragraph 15 of Plaintiffs' Complaint.

16. Defendants deny the allegations contained in Paragraph 16 of Plaintiffs' Complaint.

17. Defendants admit the allegations contained in Paragraph 17 of Plaintiffs' Complaint.

18. Defendants admit the allegations contained in Paragraph 18 of Plaintiffs' Complaint.

19. Defendants deny the allegations contained in Paragraph 19 of Plaintiffs' Complaint.

20. Defendants admit the allegations contained in Paragraph 20 of Plaintiffs' Complaint.

21. Defendants deny the allegations contained in Paragraph 21 of Plaintiffs' Complaint.

22. Defendants admit the allegations contained in Paragraph 22 of Plaintiffs' Complaint.

23. Defendants deny the allegations contained in Paragraph 23 of Plaintiffs' Complaint.

24. Defendants deny the allegations contained in Paragraph 24 of Plaintiffs' Complaint.

25. Defendants deny the allegations contained in Paragraph 25 of Plaintiffs' Complaint.

26. Defendants deny the allegations contained in Paragraph 26 of Plaintiffs' Complaint.

27. Defendants deny the allegations contained in Paragraph 27 of Plaintiffs' Complaint.

28. Defendants are without sufficient information to admit or deny the allegations contained in Paragraph 28 of Plaintiffs' Complaint.

29. Defendants deny the allegations contained in Paragraph 29 of Plaintiffs' Complaint.

30. Defendants deny the allegations contained in Paragraph 30 of Plaintiffs' Complaint.

31. Defendants deny the allegations contained in Paragraph 31 of Plaintiffs' Complaint.

32. Defendants deny the allegations contained in Paragraph 32 of Plaintiffs' Complaint.

33. Defendants deny the allegations contained in Paragraph 33 of Plaintiffs' Complaint.

34. Defendants deny the allegations contained in Paragraph 34 of Plaintiffs' Complaint.

35. Defendants deny the allegations contained in Paragraph 35 of Plaintiffs' Complaint.

36. Defendants deny the allegations contained in Paragraph 36 of Plaintiffs' Complaint.

37. Defendants deny the allegations contained in Paragraph 37 of Plaintiffs' Complaint.

38. Defendants admit the allegations contained in Paragraph 38 of Plaintiffs' Complaint.

39. Defendants deny the allegations contained in Paragraph 39 of Plaintiffs' Complaint.

40. Defendants deny the allegations contained in Paragraph 40 of Plaintiffs' Complaint.

41. Defendants deny the allegations contained in Paragraph 41 of Plaintiffs' Complaint.

42. Defendants deny the allegations contained in Paragraph 42 of Plaintiffs' Complaint.

43. Defendants deny the allegations contained in Paragraph 43 of Plaintiffs' Complaint.

44. Defendants deny the allegations contained in Paragraph 44 of Plaintiffs' Complaint.

45. Defendants admit the allegations contained in Paragraph 45 of Plaintiffs' Complaint.

46. Defendants deny the allegations contained in Paragraph 46 of Plaintiffs' Complaint.

47. Defendants deny the allegations contained in Paragraph 47 of Plaintiffs' Complaint.

## AFFIRMATIVE DEFENSES

1. By way of affirmative defense Defendants claim Statute of Limitations has expired to bring such a claim.

2. By way of affirmative defense Defendants claim accord and satisfaction.

3. By way of affirmative defense Defendants state any reimbursement should be reduced pursuant to the Federal Common Fund Doctrine.

4. Defendant claims Plaintiffs are only entitled to reimbursement from July 21, 2002 through November 1, 2002.

Defendants,
BRIAN CUNHA & ASSOCIATES, P.C.

Brian R. Cunha, Esq.
311 Pine Street
Fall River, MA 02720
Tel: (508) 675-9500
Fax: (508) 679-6360

Date: 1/9/06

**CERTIFICATE OF SERVICE**

I, Karen A. Alegria, Esquire, hereby certify that I mailed a copy of the foregoing by sending same U.S. Mail, postage prepaid to Elizabeth Wiens, GURSKY LAW ASSOCIATES, 420 Scrabbletown Road, Suite C, North Kingstown, RI 02852, this 10th day of January, 2006.

Karen A. Alegria, Esquire