**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

STUART MUNDY, JOSEPH BAIROS, PAUL FRADIN, BARRY GOLDEN, BRIAN CARROLL, KEVIN REDDY, ANTONIO CARDI, and JOHN NOVAK in their official capacities as Trustees of the Teamsters Local 251 Health Services and Insurance Fund ,
Plaintiffs,

v. C.A. No. 05-463ML

DAVID MENDES and LAW OFFICES OF BRIAN CUNHA & ASSOCIATES,
Defendants.

**AFFIDAVIT IN SUPPORT OF APPLICATION TO CLERK FOR ENTRY OF DEFAULT**

I, Elizabeth Wiens, being first duly sworn, depose and state as follows:

1. I am counsel of record to Plaintiffs and have personal knowledge of the facts set forth herein.

2. The Complaint in this case was filed on November 8, 2005. Plaintiffs served both Defendants with Complaints and "Notice of Lawsuit and Request for Waiver of Service of Summons" forms on November 8, 2005.

3. Both Defendants executed Waivers of Service of Summons. See Exhibits A and B.

4. Greater than sixty (60) days have elapsed since Defendants were served with the Complaint and Request for Waiver of Service of Summons and Defendants have failed to plead or otherwise respond to the Complaint.

5. Neither Defendant was, at the time of the commencement of this action, nor is either Defendant now in the Military Service of the United States as defined in the

Soldiers' and Sailors' Relief Act of 1940; nor is Defendant an infant or incompetent.

6. Neither Defendant has set-offs or counterclaims against this account, and in my opinion, there is no defense to this claim or cause of action.

Dated: January 10, 2006

I, Elizabeth Wiens, being first duly sworn, on oath depose and state that I have read the foregoing affidavit and that the factual allegations contained therein are true to the best of my knowledge and belief.

Elizabeth Wiens (#6827)

Subscribed and sworn to before me, by Elizabeth Wiens, on this 11th day of January, 2006.

Kathleen Sullivan
Notary Public
My commission expires on: 4/25/09

## CERTIFICATION

I hereby certify that I caused a copy of the foregoing to be sent first-class mail, postage prepaid on this 11 day of January, 2006 to the following party of record:

Karen A. Alegria, Esq.
Law Offices of Brian Cunha & Associates
311 Pine Street
Fall River, MA 02720