**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| STUART MUNDY, JOSEPH BAIROS, PAUL FRADIN, BARRY GOLDEN, BRIAN CARROLL, KEVIN REDDY, ANTONIO CARDI, and JOHN NOVAK in their official capacities as Trustees of the Teamsters Local 251 Health Services and Insurance Fund, Plaintiffs, | : | |
| v. | : | C.A. No. 05-463ML |
| DAVID MENDES and LAW OFFICES OF BRIAN CUNHA & ASSOCIATES, Defendants. | : | |

**PLAINTIFFS' WITHDRAWAL OF APPLICATION FOR DEFAULT**

Plaintiffs hereby withdraw it Application for Entry of Default in the above-entitled matter. As reason therefore, Plaintiffs state that they received Defendant's Answer on January 11, 2006.

Respectfully submitted,
On behalf of Plaintiffs,
By ~~their~~ attorneys,

Elizabeth Wiens, Esq. (#6827)
GURSKY LAW ASSOCIATES
420 Scrabbletown Rd., Suite C
North Kingstown, RI 02852
Tel. (401)294-4700
Fax (401)294-4702

Dated: January 18, 2006

# CERTIFICATION

I hereby certify that I caused a copy of the foregoing to be sent first-class mail, postage prepaid on this 18 day of January, 2006 to the following party of record:

Karen A. Alegria, Esq.
Law Offices of Brian Cunha & Associates
311 Pine Street
Fall River, MA 02720

Kerrie Karnoski