**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **STUART MUNDY, JOSEPH BAIROS PAUL FRADIN, BARRY GOLDEN BRIAN CARROLL, KEVIN REDDY, ANTONIO CARDI, and JOHN NOVAK in their official capacities as Trustees of the Teamsters Local 251 Health Services and Insurance Fund** | : | |
| **Plaintiffs,** | : | |
| **Vs.** | : | **C.A. No. 05-463ML** |
| **DAVID MENDES and LAW OFFICES OF BRIAN CUNHA & ASSOCIATES** | : | |
| **Defendants,** | : | |

**ENTRY OF APPEARANCE**

I, Marc B. Gursky hereby enter my appearance on behalf of Plaintiffs in the above-entitled matter.

Marc B. Gursky
Marc B. Gursky, Esq. #2818
Gursky Law Associates
420 Scrabbletown Road, Ste. C
North Kingstown, RI 02852
Telephone: (401) 294-4700
Facsimile: (401) 294-4702

**CERTIFICATION**

I hereby certify that the within Notice has been mailed first class, postage prepaid on the 3rd day of March, 2006 to the following:

Karen A. Alegria, Esquire
Law Offices of Brian Cunha & Associates
311 Pine Street
Fall River, MA 02720