**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

STUART MUNDY, JOSEPH BAIROS, PAUL FRADIN, BARRY GOLDEN, BRIAN CARROLL, KEVIN REDDY, ANTONIO CARDI, and JOHN NOVAK in their official capacities as Trustees of the Teamsters Local 251 Health Services and Insurance Fund ,
Plaintiffs,

v.

DAVID MENDES and LAW OFFICES OF BRIAN CUNHA & ASSOCIATES,
Defendants.

C.A. No. 05-463ML

RECEIVED JUL 10 2006 Property of U.S. District Court District of Rhode Island

**VOLUNTARY DISMISSAL**

NOW COME Plaintiffs pursuant to Fed. R. Civ. P. 41(a) and voluntarily dismiss the above-captioned matter with prejudice.

For Plaintiffs:

Elizabeth Wiens, Esq. (#6827)
Gursky Law Associates
420 Scrabbletown Rd. Ste. C
North Kingstown, RI 02852
(401) 294-4700
(401) 294-4702

For Defendants:

Karen A. Alegria, Esq.
Law Offices of Brian Cunha & Associates
311 Pine Street
Fall River, MA 02720
(508)675-9500
(508)679-6360

ENTER:

Mary M. Lisi
USDJ 7/11/06

PER ORDER:

Barbara Barletta